(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Western New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Creative Steel Fabricating, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>~~4937~~ P/A | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>80 French Road<br>Cheektowaga, NY 14227 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: ERIE | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address):<br><br>**04-13522 K** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s)　　☐ Railroad<br>☒ Corporation　　☐ Stockbroker<br>☐ Partnership　　☐ Commodity Broker<br>☐ Other_____　　☐ Clearing Bank | ☒ Chapter 7　　☐ Chapter 11　　☐ Chapter 13<br>☐ Chapter 9　　☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business　　☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☒ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)　　　　　　　　　　　This Space For Court Use Only

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

FILED 2004 MAY 12 PM 1:33 U.S. BANKRUPTCY COURT W.D.N.Y. - BUFFALO

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Creative Steel Fabricating, Inc. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: None | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) ☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. X _____ Signature of Attorney for Debtor(s)      Date |
| X *[signature]* Signature of Attorney for Debtor(s) Peter S. Aiello Printed Name of Attorney for Debtor(s)     Bar ID Number Peter S. Aiello, Esq. Firm Name 155 Curtis Parkway Address        Buffalo, New York 14223 Telephone Number (716) 833-2029 Date May 12, 2004 | **Exhibit C** Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☒ No |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X *[signature]* Signature of Authorized Individual Michael J. Pearson Printed Name of Authorized Individual President Title of Authorized Individual Date May 12, 2004 | **Signature of Non-Attorney Petition Preparer** I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. _____ Printed Name of Bankruptcy Petition Preparer _____ Social Security Number (Required by 11 U.S.C. § 110) _____ Address Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. X _____ Signature of Bankruptcy Petition Preparer _____ Date A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

Service Steel-Buffalo
Van Pelt Corporations
P.O. Box 79001
Detroit, MI 48279-0665

Stockwell Construction Co., Inc.
9835 County Rd./P.O. Box 377
Clarence Center, NY 14032

Triad Metals International
P.O. Box 824016
Philadelphia, PA 19182

CJM, LLC
3155 Broadway
Buffalo, NY 14227

45 Boxwood Lane Associates, Inc.
c/o Gross Shuman Brizdle & Gilfillan, P.C.
465 Main Street-Suite 600
Buffalo, NY 14203-1787

Michael J. Pearson & Suzanne C. Pearson
208 Lorraine Drive
Tonawanda, NY 14223

Frontier Hot Dip Galvanizing
1740 Elmwood Ave./P.O. Box 199
Buffalo, NY 14207-0199

UNITED STATES BANKRUPTCY COURT
District of Western New York

CREATIVE STEEL FABRICATING, INC.

45 Boxwood Lane Associates, LLC
c/o Gross Shuman Brizdle & Gilfillan, P.C.
465 Main Street-Suite 600
Buffalo, NY 14203-1787

American Express
Suite 0001
Chicago, IL 60679-0001

Bender's Technical Detailing
21 Main Street
Tonawanda, NY 14150

Eberl Iron Works
126 Sycamore Street
Buffalo, NY 14204

Hanes Supply, Inc.
55 James E. Casey Dr.
Buffalo, NY 14206

Joseph Davis, Inc.
120 West Tupper St.
Buffalo, NY 14201-2192

Klein Still
105 Vanguard Parkway
Rochester, NY 14606

Krafft Trucking
5949 Dunnigan Rd.
Lockport, NY 14094

Lancaster Steel
3195 Walden Ave./P.O. Box 286
Cheektowaga, NY 14086-0286

Mallare Ent., Inc.
37 School Road
Kenmore, NY 14217

Mills Welding Supply
P.O. Box 5164
Buffalo, NY 14240

National Fuel Gas Corp.
P.O. Box 4103
Buffalo, NY 14264

Salit Steel
7771 Stanley Ave./P.O. Box B37
Niagara Falls, Ontario, CA L2E-6V6