# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994



Receipt # 11092564
10/17/11 cg

October 12, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

FILED
OCT 17 2011
BANKRUPTCY COURT
BUFFALO, NY

Re: CREATIVE STEEL FABRICATING INC, /Case # 04-13522
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $19.55. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| John D Wiktorowski | 1.24 | 2 |
| Citibank USA, N.A. | 0.54 | 4 |
| Niagara Mohawk Power Corp., | 4.05 | 5 |
| Boulter Industrial Contractors, Inc. | 3.78 | 7 |
| Sentry Metal Services | 2.31 | 10 |
| Uline | 0.55 | 13 |
| E.D. Farrell Co. | 0.26 | 14 |
| Sherwin Williams, Co. | 4.60 | 15 |
| Nelson Steel Welding, Inc. | 1.02 | 17 |
| Anthony LaBarba | 1.20 | 12U |

JOHN H. RING, III

JHR/pls
Enc.

Case 1-04-13522-MJK    Doc 70    Filed 10/17/11    Entered 10/17/11 09:17:52    Desc Main
Document    Page 1 of 1